■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO MILLAN, Appellant. [701 NYS2d 637] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered October 6, 1995, convicting him of criminal sale of a controlled substance in the first degree (three counts) and criminal possession of a weapon in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's plea was knowingly, voluntarily, and intelligently made (*see, People v Fiumefreddo,* 82 NY2d 536, 543-545; *People v Harris,* 61 NY2d 9, 17). There is no merit to his contention that he was coerced into pleading guilty to secure a favorable plea agreement for his wife (*see, People v Fiume- freddo, supra; People v Santos,* 244 AD2d 897; *People v Betancur,* 203 AD2d 714). Bracken, J. P., Santucci, Altman, Friedmann and H. Miller, JJ., concur.